NOT FOR PUBLICATION                                                                                   CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARCH BAY HOLDINGS, LLC-SERIES 2010B,<br><br>Plaintiff,<br>v.<br><br>REGINA R. HEIDINGER, et al.,<br><br>Defendants. | Civil Action No.: 13-1227 (JLL)<br><br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff's motion to remand the matter to state court pursuant to 28 U.S.C. § 1447.  This Court had referred Plaintiff's motion to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B).  Magistrate Judge Dickson filed a Report and Recommendation in connection with said application on May 29, 2013.  In particular, Magistrate Judge Dickson recommended that Plaintiff's motion to remand be granted.  To date, the Court has received no objections with respect to Magistrate Judge Dickson's May 29, 2013 Report and Recommendation, and for good cause shown,

**IT IS** on this **13th day of June, 2013**,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on May 29, 2013 [Docket Entry No. 15], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand [Docket Entry No. 3] is **granted.**  This matter is hereby remanded to the Superior Court of New Jersey, Chancery Division, Union County; and it is further

**ORDERED** that this case is **CLOSED**.

s/ Jose L. Linares<br>
Jose L. Linares<br>
United States District Judge